SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
YEONG LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALVARO'S MEXICAN FOOD INC.;<br>AMERICAN PROPERTY<br>INVESTMENTS LLC; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 8:23-cv-01402-KES**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALVARO'S MEXICAN FOOD INC.** |

**PLEASE TAKE NOTICE** that Plaintiff YEONG LEE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant ALVARO'S MEXICAN FOOD INC. ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither properly answered Plaintiff's Complaint, nor filed a motion for summary judgment. Specifically, Defendant improperly filed an Answer as an in pro per on behalf of a corporation, as an entity, **which cannot represent itself**. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: October 13, 2023     SO. CAL. EQUAL ACCESS GROUP

By:   */s/  Jason J. Kim*
         Jason J. Kim
         Attorneys for Plaintiff

PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On October 13, 2023, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Alvaro's Mexican Food Inc.
2301 West Orangethorpe Ave
Fullerton, CA 92833

DOCUMENT(S): **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALVARO'S MEXICAN FOOD INC.**

(X) BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( ) BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( ) BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( ) BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on October 13, 2023, at Los Angeles, California.

_____

Proof of Service - 2