1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
YEONG LEE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

YEONG LEE,

        Plaintiff,

  vs.

ALVARO'S MEXICAN FOOD INC.;
AMERICAN PROPERTY
INVESTMENTS LLC; and DOES 1 to 10,

        Defendants.

**Case No.: 8:23-cv-01402-KES**

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

    **PLEASE TAKE NOTICE** that Plaintiff YEONG LEE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

1              (i)     A notice of dismissal before the opposing party serves either an

2              answer or a motion for summary judgment.

3  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4  summary judgment.  Defendant ALVARO'S MEXICAN FOOD INC. has neither

5  properly answered Plaintiff's Complaint, nor filed a motion for summary judgment.

6  Specifically, Defendant ALVARO'S MEXICAN FOOD INC. improperly filed an

7  Answer as an in pro per on behalf of a corporation, as an entity, which cannot represent

8  itself.  Accordingly, this matter may be dismissed without an Order of the Court.

9

10  DATED:  October 26, 2023         **SO. CAL. EQUAL ACCESS GROUP**

11

12

13              By:     */s/  Jason J. Kim*

14                    Jason J. Kim, Esq.

15                    Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**